JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH A. JACKSON,<br><br>            Petitioner,<br>   v.<br><br>I. HETMER, Warden,<br><br>            Respondent. | Case No. 2:19-cv-07830-JAK (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of RANDOLPH A. JACKSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

Dated: March 24, 2020  _____
                                              John A. Kronstadt
                                              United States District Judge